```
1  JONATHAN DAVID FRANK SBN 89384
   160 Thorn Street Suite 2
2  San Diego, CA 92103
   858.722.2100
3
4
5  Attorney for Material Witnesses
6
7
```



```
8            UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10                 HON. LEO PAPAS
```

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) CASE NO. 0 |
| 12       Plaintiff, | ) MAGISTRATE NO. 08MJ1667<br>) MAGISTRATE NO. 08MJ ~~1534~~ 823 |
| 13  -vs- | ) |
| 14  HERNANDEZ, et. al. | ) JOINT MOTION TO HAVE BONDS<br>) FILED FOR MATERIAL WITNESSES<br>) IN CASE NUMBER 08MJ ~~1534~~ 823 |
| 15       Defendants. | ) apply to CASE NUMBER<br>) 08MJ1667 |
| 16 _____ | ) |

17    COME NOW the material witnesses in the above-entitled matters,
18 and the government of the United States of America and jointly
19 move, by and through their attorneys of record, that the Court
20 order that all material witness bonds filed in case number
21 08MJ ~~1534~~ 823 apply to case number 08MJ1667.
22    This request is based upon the following facts:
23    1.  All of the cases mentioned herein involve a single
24 transaction.
25    2.  All of the material witnesses named in case number
26 08MJ1667 are also named in case number 08MJ ~~1534~~ 823 and vice
27 versa.
28    6.  Bonds have been set for all material witnesses in case

1 | number 08MJ .

2 |     7. There is no reason to require an additional bond over and
3 | above the bond set in case number 08MJ 1534-823 as all cases
4 | involve one transaction.

5 |     WHEREFORE, the parties so move the Court
6 | Dated: 6/2/08

8 | /S JONATHAN DAVID FRANK FOR NED LYNCH
9 | Attorney for the Material Witnesses

11 | /S
12 | Assistant United States Attorney