FILED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. LEO PAPAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08CR |
| | ) MAGISTRATE NO. 08MJ1667 |
| Plaintiff, | ) MAGISTRATE NO. 08MJ~~1534~~ 823 |
| | ) ORDER ON |
| -vs- | ) JOINT MOTION TO HAVE BONDS |
| | ) FILED FOR MATERIAL WITNESSES |
| HERNANDEZ, et. al., | ) IN CASE NUMBER 08MJ |
| | ) apply to CASE NUMBER |
| Defendants. | ) 08MJ1667 |

The material witnesses in the above-entitled matters, and the government of the United States of America, having jointly moved moved the Court for an order that all material witness bonds filed in case number 08MJ ~~1534~~ 823 apply to case numbers 08MJ1667 and good cause appearing, it is hereby ordered:

That all material witness bonds filed in case number 08MJ ~~1534~~ 823 apply to case number 08MJ1667 and that only the one bond set in case number 08MJ ~~1534~~ 823 is required to release the material witnesses from custody in all of the cases set forth herein.

Dated: June 2, 2008

_____
UNITED STATES MAGISTRATE JUDGE