```
THOMAS P. O'BRIEN
United States Attorney
Central District of California
GREGORY W. STAPLES
Special Assistant to the United States Attorney General
California Bar Number: 155505
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3535
     Facsimile: (714) 338-3564
     E-mail address: greg.staples@usdoj.gov

Attorney for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08mj1667(LSP) |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| JODALI HERNANDEZ MALDONADO, JOSE ACOSTA-MARTINEZ, LORENA ISABEL CORDERO-LOPEZ, and MARISELA CRUZ-LOZANO, | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-caption case. I certify that I am admitted to practice under CivLR 83.3.c.3-4.

DATED: June 9, 2008            Respectfully submitted,


                               /s/ *Gregory W. Staples*
                               GREGORY W. STAPLES
                               Special Assistant to the United
                               States Attorney General