1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

**FILED**
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court

Southern District of California

(Hon. Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08mj1667(LSP) |
| Plaintiff, ) | **Waiver Of Appearance For Status Conference** |
| v. ) | [as to Jodali Hernandez-Maldonado] |
| JODALI HERNANDEZ-MALDONADO, ) JOSE ACOSTA-MARTINEZ, ) LORENA ISABEL CORDERO-LOPEZ, and ) MARISELA CRUZ-LOZANO, ) | |
| Defendants. ) | Date: August 28, 2008 Time: 9:30 a.m. Judge: Leo S. Papas Room: G |

I, Jodali Hernandez-Maldonado, understand I have been named as a material witness/defendant in the complaint filed in this case in the Southern District of California, and I have been informed the court scheduled a status conference in the case for August 28, 2008 at 9:30 a.m. I understand I have a right to appear at that hearing, but I am waiving the right to be present at that court hearing, and I consent for my attorney, Ned Lynch, to appear on my behalf for that hearing. I agree to obey any orders issued by the court during that hearing, and I agree to accept all notices through my attorney.

I declare under penalty of perjury under the laws of the United States the above is true and correct.

Dated: 08/15/08

_____
Jodali Hernandez-Maldonado